UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

KATIA BARRIO-MORA,

               Petitioner,

v.

                               No. 1:26-CV-00302-H

WARDEN, BLUEBONNET
DETENTION CENTER,

               Respondent.

## ORDER

Petitioner filed a motion for leave to file her reply out of time. Dkt. No. 11. But Petitioner's proposed reply was timely filed, and the Court accepts it for filing. Dkt. No. 11-1. Thus, the Clerk is directed to terminate the motion, Dkt. No. 11, as unnecessary, and file Petitioner's reply separately on the docket of this case.

The petition remains pending and will be considered in due course.

So ordered.

Dated August /l , 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge